IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELIA SOLOMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:10-0303 ) JUDGE HAYNES |
| CVS CAREMARK CORPORATION, | ) ) |
| Defendant. | ) |

### ORDER

The initial case management conference is reset in this action for **Wednesday, May 26, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 20T day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge