```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF TENNESSEE
            NASHVILLE DIVISION
```

ANGELIA SOLOMON,            )
                            )
     Plaintiff,             )
                            )   No: 3:10-0303
        v.                  )   Judge Haynes/Bryant
                            )   **Jury Demand**
CVS CAREMARK CORPORATION,   )
                            )
     Defendant.             )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case. An initial case management conference is set with the parties on **Monday, June 21, 2010, at 2:00 p.m.,** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. Counsel is reminded that a proposed case management order is due three (3) business days prior to the conference.

It is so **ORDERED**.

                                    s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge