UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGELA SOLOMON | ) | |
| | ) | |
| v. | ) | No. 3:10-0303 |
| | ) | Judge Sharp |
| **CVS CAREMARK CORPORATION,** | ) | |
| **et al.** | ) | |

**O R D E R**

Pending before the Court is a Joint Motion to Continue Stay of Proceedings (Docket Entry No. 38). The motion is hereby GRANTED.

By Order entered February 11, 2011 (Docket Entry No. 36), Judge Haynes granted the parties' motion to stay discovery and further proceedings in this matter to allow the parties sufficient time to attempt to resolve this matter through mediation. The parties have mediated to a tentative resolution with an agreed settlement which is now pending approval by the bankruptcy court.

The Clerk is directed to close this action administratively. Upon application and notification to the Court that the parties are ready to resume proceedings in this Court, the action will be reopened.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE